# United States Court of Appeals
## For the First Circuit

No. 17-1693

JAMES ELLIS; WILLIAM PERRY,

Plaintiffs, Appellants,

v.

FIDELITY MANAGEMENT TRUST COMPANY,

Defendant, Appellee.

**ERRATA SHEET**

The opinion of this Court issued on February 21, 2018, is amended as follows:

On page 11, the full text of footnote 3 is replaced with: "For this reason, we reject plaintiffs' claim that the Supreme Court's reference to Donovan in Pegram v. Herdrich, 530 U.S. 211, 235 (2000), blesses the interpretation plaintiffs would have us glean from Donovan."